**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gregory S. Hawn, et al., | ) | No. CV 04-2954-PHX-SMM |
| Plaintiffs, | ) ) | **ORDER RE: FINAL PRETRIAL CONFERENCE** |
| vs. | ) ) | |
| Executive Jet Management, Inc., | ) ) | |
| Defendant. | ) ) ) | |

A Final Pretrial Conference has been set in this case for November 22, 2006 at 4:00 p.m.  Accordingly,

**IT IS ORDERED** that, if this case shall be tried to a jury, the attorneys who will be responsible for the trial of the lawsuit shall prepare and sign a Proposed Pretrial Order and submit it to the Court no later than **5:00 p.m.** on **October 25, 2006**.  In addition to filing a written copy of the Proposed Pretrial Order with the Court, the parties shall also submit a copy of the Final Pretrial Order on an IBM-compatible computer disk in WordPerfect® 7.0 format.  (360K, 720K, 1.24K, and 1.44K diskettes are all acceptable).

**IT IS FURTHER ORDERED** that the content of the Proposed Pretrial Order shall include, but not be limited to, that prescribed in the Form of Pretrial Order attached hereto.  Statements made shall not be in the form of a question, but should be a concise narrative statement of each party's contention as to each uncontested and contested issue.

**IT IS FURTHER ORDERED** pursuant to Federal Rule of Civil Procedure 37(c) that the Court will not allow the parties to offer any exhibits, witnesses, or other information that

1 were not previously disclosed in accordance with the provisions of this Order and/or the
2 Federal Rules of Civil Procedure and/or not listed in the Proposed Pretrial Order, except for
3 good cause.

4     **IT IS FURTHER ORDERED** directing the parties to exchange drafts of the
5 Proposed Pretrial Order **no later than fourteen (14) days before the submission deadline**.

6     **IT IS FURTHER ORDERED** that the parties shall file and serve all motions in
7 limine no later than **October 25, 2006**. Each motion in limine shall include the legal basis
8 supporting it. Responses to motions in limine are due **November 1, 2006**. No replies will
9 be permitted. The attorneys for all parties shall come to the Final Pretrial Conference
10 prepared to address the merits of all such motions.

11     **IT IS FURTHER ORDERED** directing the parties to complete the following tasks
12 by the time of the filing of the Proposed Pretrial Order if they intend to try the case before
13 a jury:

14     (1)     The parties shall jointly file a description of the case to be read to the jury.

15     (2)     The parties shall jointly file a proposed set of voir dire questions. The voir dire
16     questions shall be drafted in a neutral manner. To the extent possible, the parties shall
17     stipulate to the proposed voir dire questions. If the parties have any disagreement
18     about a particular question, the party or parties objecting shall state the reason for
19     their objection below the question.

20     (3)     The parties shall file a proposed set of stipulated jury instructions. The
21     instructions shall be accompanied by citations to legal authority. If a party believes
22     that a proposed instruction is a correct statement of the law, but the facts will not
23     warrant the giving of the instructions, the party shall so state. The party who believes
24     that the facts will not warrant the particular instruction shall provide an alternative
25     instruction with appropriate citations to legal authority.

26     (4)     Each party shall submit a form of verdict to be given to the jury at the end of
27     the trial.

28

1    **IT IS FURTHER ORDERED** directing the parties to submit their proposed voir dire
2 questions, joint statement of the case, and stipulated jury instructions on IBM-PC compatible
3 computer disk in WordPerfect® 7.0 format in addition to the written materials filed with the
4 Clerk of the Court.  (360K, 720K, 1.24K, and 1.44K diskettes are all acceptable).

5    **IT IS FURTHER ORDERED** that if the case will be tried to the Court, rather than
6 to a jury, <u>instead of</u> filing a Proposed Pretrial Order, each party shall submit proposed
7 findings of fact and conclusions of law by the same date the Proposed Pretrial Order is due.
8 These proposed findings of fact and conclusions of law shall be submitted in both written
9 copy and on an IBM-compatible computer disk in WordPerfect® 7.0 format.  (360K, 720K,
10 1.24K, and 1.44K diskettes are all acceptable).

11   **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the
12 possibility of settlement and should settlement be reached, the parties shall file a Notice of
13 Settlement with the Clerk of the Court.

14   **IT IS FURTHER ORDERED** that this Court views compliance with the provisions
15 of this Order as critical to its case management responsibilities and the responsibilities of the
16 parties under Rule 1 of the Federal Rules of Civil Procedure.

17   DATED this 2nd day of October, 2006.

_____
Stephen M. McNamee
United States District Judge