**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory S. Hawn, et al., | No. CV 04-2954-PHX-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Executive Jet Management, Inc., | |
| Defendant. | |

Pending before the Court is a Stipulation by the parties to extend three deadlines in this case in order to accommodate the depositions of two out-of-town non-party witnesses. (Dkt. 80.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Stipulation of the parties to extend three deadlines in the present case. (Dkt. 80.)

**IT IS FURTHER ORDERED** that the deadline for the close of fact discovery shall be extended from October 6, 2006, to November 10, 2006.

**IT IS FURTHER ORDERED** that the deadline for the filing of dispositive motions shall be extended from November 3, 2006, to December 8, 2006.

**IT IS FURTHER ORDERED VACATING** the Final Pretrial Conference scheduled to take place on November 22, 2006, and the Order Re: Final Pretrial Conference issued on October 2, 2006. See dkt. 79.

/ / /

/ / /

1 **IT IS FURTHER ORDERED** that a new Final Pretrial Conference will be held on
2 January 4, 2007 at 4:00 p.m.
3 DATED this 3rd day of October, 2006.

Stephen M. McNamee
United States District Judge

- 2 -