**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory S. Hawn, et al., ) | No. CV 04-2954-PHX-SMM |
| )  Plaintiffs, ) | **ORDER** |
| ) vs. ) | |
| ) Executive Jet Management, Inc., ) | |
| )  Defendant. ) | |
| ) | |

Pending before the Court is a Stipulation and Joint Request to Extend Deadlines filed by both the Plaintiffs and Defendant Executive Jet Management, Inc. ("Defendant") in order to accommodate a motion for summary judgment, which will be filed by Defendant. (Dkt. 90.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation and Joint Request to Extend Deadlines. (Dkt. 90.)

**IT IS FURTHER ORDERED** that the deadline for the filing of dispositive motions shall be extended from December 8, 2006 to December 22, 2006.

**IT IS FURTHER ORDERED** that any Opposition Briefs to Defendant's Motion for Summary Judgment shall be filed no later than January 22, 2007.

**IT IS FURTHER ORDERED** that any Reply Brief(s) in Support of Defendant's Motion for Summary Judgment shall be filed no later than February 14, 2007.

**IT IS FURTHER ORDERED VACATING** the Final Pretrial Conference currently scheduled to take place on January 4, 2007 (dkt. 81) and **VACATING** the Order Re: Final Pretrial Conference issued on November 17, 2006 (dkt. 89).

**IT IS FURTHER ORDERED** that a new date for the Final Pretrial Conference will be included in the Order ruling on Defendant's Motion for Summary Judgment, if necessary.

DATED this 28th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge