**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gregory S. Hawn, et al., | ) | No. CV 04-2954-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Executive Jet Management, Inc., | ) | |
| Defendant. | ) | |

Pending before the Court are Plaintiffs' Motions for Summary Judgment, as well as the corresponding briefs, Statements of Facts, Responses, and Replies. As noted in a previous Order, none of the foregoing documents have been created or filed in accordance with the Local Rules of this Court. Despite the Court's effort to conserve resources by avoiding striking the documents, it has in fact become necessary to strike the documents in order to conserve resources, as well as decide the motion.

LRCiv 7.1(c) provides:

> (c) **Electronic Documents.** Documents submitted for filing in the ECF System **shall** be in a Portable Document Format (PDF). Documents which exist only in paper format shall be scanned into PDF for electronic filing. **All other documents shall be converted to PDF directly from a word processing program** (e.g., Microsoft Word® or Corel WordPerfect®), rather than created from the scanned image of a paper document.

LRCiv 7.1(c).

The reason behind this rule is not arbitrary. In order for CM/ECF to function at its highest potential and for Chambers to perform efficiently and productively, the documents filed with the Court must be created using a word processing program and must conform to the Rules of the Court.

Furthermore, counsel is advised to read LRCiv 56.1, and to focus particularly on sections (a) and (b) as neither statements of facts comply with the rule. Pursuant to LRCiv 56.1, each material fact shall be set forth in a separately numbered paragraph and refer to a specific admissible portion of the record where the fact finds support. More importantly however, is the format of opposing counsel's statement of facts. Pursuant to the Rule, any party opposing a motion for summary judgment shall file a statement, separate from that party's memorandum of law, setting forth: (1) for each paragraph of the moving party's separate statement of facts, a correspondingly numbered[1] paragraph **indicating whether the parties dispute the individual statements of fact** set forth in that paragraph and a reference of law, setting forth: (1) for each paragraph of the moving party's separate statement of facts, a correspondingly numbered paragraph indicating whether the party disputes the statement of fact set forth in that paragraph and a reference to the specific admissible portion of the record supporting the party's position if the fact is disputed; and (2) any additional facts that establish a genuine issue of material fact or otherwise preclude judgment in favor of the moving party. LRCiv 56.1(b). Here, Plaintiffs fail to articulate whether they are disputing the facts set forth by Defendants, and instead, simply set forth their own set of facts.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Amended Motion for Summary Judgment (Doc. 104) is struck from the record with leave to re-file in accordance with the Local Rules of the Untied States District Court for the District of Arizona.[2]

---

[1] The facts as well as the numbers must correspond.

[2] In particular, LRCiv 7.1(c)

- 2 -

**IT IS FURTHER ORDERED** that all corresponding briefs, Responses, and Replies (Doc. 101)(Doc. 105) are struck from the record with leave to re-file in accordance with the Local Rules of the Untied States District Court for the District of Arizona.[3]

**IT IS FURTHER ORDERED** that Statements of Facts (Doc. 96), (Doc. 100), (Doc.107) are hereby struck from the record.  The parties must re-draft and thereafter re-file their Statements of Facts in accordance with the Local Rules of the Untied States District Court for the District of Arizona.[4]

**IT IS FURTHER ORDERED** that all documents struck herein shall be re-filed in accordance with the Local Rules no later than **Friday, August 1, 2007.**

DATED this 10th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[3] In particular,  LRCiv 7.1(c)

[4] Both LRCiv 7.1(c) and LRCiv 56.1