**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory S. Hawn, et al.,        ) | No. CV 04-2954-PHX-SMM |
|                                 ) | |
|     Plaintiffs,                 ) | **ORDER** |
|                                 ) | |
| vs.                             ) | |
|                                 ) | |
| Executive Jet Management, Inc., ) | |
|                                 ) | |
|     Defendant.                  ) | |
|                                 ) | |

Pending before the Court is Defendant's Unopposed Motion To Extend Filing Deadline for the re-filing of Defendant's Reply Memorandum in Support of Motion for Summary Judgment, Defendant's Response to Plaintiffs' Statement of Facts, and Defendant's Reply to Plaintiffs' Response to Its Statement of Facts in Support of Its Motion for Summary Judgment (Doc. 120). Good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Unopposed Motion. The previous deadline of **August 1, 2007** is **VACATED**.

**IT IS FURTHER ORDERED** that Defendant shall file its Reply Memorandum in Support of Motion for Summary Judgment, Response to Plaintiffs' Statement of Facts, and Reply to Plaintiffs' Response to Its Statement of Facts in Support of Its Motion for Summary Judgment no later than **Friday, August 10, 2007**.

DATED this 30th day of July, 2007.

Stephen M. McNamee
United States District Judge