**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gregory S. Hawn, et al., | ) | No. CV 04-2954-PHX-SMM |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Executive Jet Management, Inc., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Upon consideration of the pending Motion for Summary Judgment and the ensuing documents filed, the Court finds it appropriate to clarify its previous Order of July 11, 2007, (Doc. 119) whereby the Court struck the Defendant's Motion for Summary Judgment, as well as both parties' documents pertaining to said motion (Docs. 104, 101, 105, 96, 100, 107) for failure to comply with local rules 7.1(c) and 56.1.

Pursuant to that Order, the parties were ordered to refile their documents in accordance with the Rules, however, the parties were not permitted to make any substantive changes to the documents.[1] Thereafter, counsel for parties stipulated to the following alternative deadlines.[2]

_____

[1]The deadline for filing dispositive motions has expired, and the parties are not entitled to a second bite at the apple strictly based on their noncompliance with Local Rules.

[2]Because the parties will be filing new [replacement] documents, in the interest of efficiency and avoiding confusion, documents 125-138 shall be struck from the docket.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall file their Response, without any substantive changes, and in accordance with the Court's Order of July 10, 2007, no later than September 4th, 2007.

**IT IS FURTHER ORDERED** that Defendant shall file its Reply, without any substantive changes, and in accordance with the Court's Order of July 10, 2007, no later than October 19th, 2007.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall strike documents 125-138 from the docket.

DATED this 8th day of August, 2007.


Stephen M. McNamee
United States District Judge

- 2 -