**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory S. Hawn, et al., ) | No. CV 04-2954-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Executive Jet Management, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Currently before the Court is Plaintiffs' Motion Requesting an Order that Plaintiffs' Responses to Two Statements of Fact in Support of Defendant's Motion for Summary Judgment Not Be Deemed Admitted (Doc. 145). On July 10, 2007, this Court struck several documents from the docket because of counsels' noncompliance with the Local Rules of this Court, specifically, LRCiv. 7.1(c). Notwithstanding, counsel has once again failed to comply with the same Local Rule. As was previously articulated, in order for CM/ECF to function at its highest potential and for Chambers to perform efficiently and productively, the documents filed with the Court must be created using a word processing program and must conform to the Rules of the Court. For further explanation, *see* Doc. 119.

      Furthermore, counsel has failed to comply with LRCiv. 7.1(b)(2) which provides that, "In civil cases when a party requests specific relief, except for dismissal or summary judgment pursuant to Federal Rules of Civil Procedure 12(b) or 56, the party must lodge with the Clerk a separate proposed order." LRCiv. 7.1(b)(2). Counsel has not provided the Court

1  with a proposed order with respect to the specific relief requested in the motion currently
2  before the Court.
3      Accordingly,
4  **IT IS HEREBY ORDERED** that Plaintiffs' Motion Requesting an Order that
5  Plaintiffs' Responses to Two Statements of Fact in Support of Defendant's Motion for
6  Summary Judgment Not Be Deemed Admitted (Doc. 145) is **struck from the record** with
7  leave to re-file in accordance with the Local Rules of the United States District Court for the
8  District of Arizona.[1]
9  **IT IS FURTHER ORDERED** that all documents struck herein shall be re-filed in
10 accordance with the Local Rules no later than **Friday, October 26, 2007**.
11     DATED this 19th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] In particular, LRCiv 7.1(b)(2) and (c).

- 2 -